The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELED ALI, <br><br> Defendant. | NO. CR18-263 RSM <br><br> **ORDER CONTINUING TERMS OF SUPERVISION** |

The Court having found, based on Mr. Ali's admissions through defense counsel, that he has committed Violations 1-4, and 6-9 of the terms of his supervised release as set forth in the petitions filed by the United States Probation Office, HEREBY ORDERS that the terms of his supervision remain in full effect and force.

The Court HEREBY GRANTS the government's motion to dismiss Violation 5.

The Court further strikes the hearing scheduled on July 13, 2023.

DATED this 22 day of June, 2023.

RICARDO S. MARTINEZ
United States District Judge

Order Continuing Terms of Supervision – 1
*United States v. Ali*, CR18-263 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970