UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR18-263 RSM |
| v. | ) | |
| | ) | ORDER DIRECTING |
| KELED ALI, | ) | RETURN OF PASSPORT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having considered the Defense Motion for Return of Passport, and good

cause being shown, directs the Clerk's office to take all reasonable steps to facilitate the

expeditious return of the defendant's passport that he previously posted in this matter.

ORDERED this 6th day of August, 2025.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE



Presented by:

S/ Michael Nance
Attorney for Keled Ali